# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5330

_____

ALVIN SHARPE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

April 20, 2018

PER CURIAM.

AFFIRMED. *See Martinez v. State*, 211 So. 3d 989, 992 (Fla. 2017) (holding that alleged defect in information, which purportedly deprived defendant of his due process right to notice of potential enhanced sentence, did not result in an "illegal sentence" subject to correction under Florida Rule of Criminal Procedure 3.800(a)).

ROWE, RAY, and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Alvin Sharpe, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.